

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Sharon Diane Finley, Appellant

No. 06-17-00008-CR     v.

The State of Texas, Appellee

Appeal from the 54th District Court of McLennan County, Texas (Tr. Ct. No. 2016-345-C2). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the finding of the use of a deadly weapon. We reverse the judgment and remand the case to the trial court for a new sentencing hearing under the punishment range for a state jail felony.

We further order that the appellee, The State of Texas, pay all costs of this appeal.

RENDERED OCTOBER 18, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk